IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD EVANS,     No. C-08-03329 EDL

        Plaintiff,     **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

  v.

CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,

        Defendant.
_____/

The Court held a case management conference in this matter on December 16, 2008. At the conference, pursuant to Plaintiff's request, the Court gave Plaintiff leave to seek to amend his complaint in order to seek remand of this case. If Plaintiff wishes to amend his complaint to omit the federal claim and so be entitled to remand, he may either: (1) seek Defendant's stipulation to an amended complaint and remand; or (2) if Defendant will not stipulate, seek leave from this Court to file an amended complaint and file a motion to remand. No later than January 9, 2009, Plaintiff must file either an amended complaint and proposed order for remand accompanied by Defendant's stipulation, or a request for leave to file the amended complaint and a motion to remand.

**IT IS SO ORDERED.**

Dated: December 17, 2008

                                                         ELIZABETH D. LAPORTE
United States Magistrate Judge