IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD EVANS,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,

    Defendant.
                                   /

No. C-08-03329 EDL

**ORDER SETTING STATUS CONFERENCE**

On December 17, 2008, the Court issued an order providing Plaintiff until January 9, 2009 to file either an amended complaint omitting his federal claims along with a proposed order for remand accompanied by Defendant's stipulation, or a request for leave to file the amended complaint and a motion to remand. To date, Plaintiff has not made any filings in response to the Court's order. Accordingly, this matter is set for a status conference on February 10, 2009 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. No later than February 3, 2009, the parties shall file joint or separate status conference statement(s) addressing the actions taken by the parties after the Court's December 17, 2008 Order. If Plaintiff has not already done so, he should contact the Legal Help Center at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA. The Legal Help Center can assist pro se litigants with their cases in federal court. Appointments must be made in person.

**IT IS SO ORDERED.**

Dated: January 16, 2009

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge