IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EVANS, | No. C-08-03329 EDL |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, | |
| Defendant. / | |

In light of the early neutral evaluation session scheduled for March 10, 2009, the status conference scheduled for February 10, 2009 is continued to March 24, 2009 at 10:00 a.m. for a case management conference. The parties shall file a case management conference statement no later than March 17, 2009. At the case management conference, the parties shall be prepared to discuss selection of pretrial and trial dates.

The Court strongly encourages Plaintiff to visit the Legal Help Center, which offers free assistance to pro se litigants, prior to the March 10, 2009 early neutral evaluation. The Legal Help Center is located on the 15th floor, room 2796 at 450 Golden Gate Avenue, San Francisco, CA. Appointments at the Legal Help Center must be made in person.

**IT IS SO ORDERED.**

Dated: February 5, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge