IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EVANS, | No. C-08-03329 EDL |
|     Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AND SUPPRESS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, | |
|     Defendant.                      / | |

    On January 30, 2008, Plaintiff Ronald Evans filed this employment discrimination action against Defendant City & County of San Francisco Department of Public Health in San Francisco Superior Court. Plaintiff filed a First Amended Complaint ("FAC") in state court on June 13, 2008. On July 10, 2008, Defendant removed the case. On May 7, 2009, Plaintiff moved to strike and suppress his entire deposition taken on the ground that Defendant questioned him about the complaint filed in state court. Because this matter is appropriate for decision without oral argument, the August 4, 2009 hearing was vacated.

    Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense. Fed. R. Civ. P. 26(b)(1). The federal court takes the case as it finds it on removal and treats everything which occurred in state court as if it had taken place in federal court. Butner v. Neustadter, 324 F.2d 783, 785 (9th Cir. 1963); Jenkins v. Commonwealth Land Title Ins. Co., 95 F.3d 791, 795 (9th Cir. 1996); 28 U.S.C.A. § 1446.

    At Plaintiff's deposition, Defendant's counsel questioned Plaintiff regarding his June 13, 2008 FAC, which sets forth the operative allegations in this case. Plaintiff did not object to the questioning and himself referred to documents that were attached to the complaint. Decl. of Fairgrieve in Support of Def.'s Opp'n. to Pl.'s Mot. to Strike and Suppress ¶ 6.

Plaintiff argues that his June 13, 2008 FAC that was filed at the San Francisco Superior Court "can not fall under the FEDERAL RULES OF CIVIL PROCEDURES," (Pl.'s Mot. to Strike and Suppress at 1), and that therefore, questions about that complaint were improper. Plaintiff also recognizes that the complaint removed by Defendants on July 10, 2008 does fall under the Federal Rules of Civil Procedure. Pl.'s Mot. to Strike and Suppress at 1. However, the complaint removed by Defendants on July 10, 2008 is the same as Plaintiff's FAC. Moreover, the allegations in the operative complaint are appropriate topics for deposition questioning. Accordingly, Plaintiff's motion to strike and suppress the certified deposition is denied.

**IT IS SO ORDERED.**

Dated: July 29 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2